UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARRY YOUNG,<br><br>                   Plaintiff,<br><br> v.<br><br>LOCAL 1201, FIREMEN & OILERS UNION,<br><br>                   Defendant. | CIVIL ACTION<br><br>No. 07-3576 |

**ORDER**

AND NOW, this 25th day of September, 2009, for the reasons stated in the accompanying opinion, it is hereby ORDERED that defendant's motion for summary judgment (docket no. 21) is GRANTED.

BY THE COURT:

/s/ Louis H. Pollak
Pollak, J.