UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BARRY YOUNG,
    Plaintiff,

v.

LOCAL 1201, FIREMEN & OILERS UNION,
    Defendant.

CIVIL ACTION

No. 07-3576

**ORDER**

**AND NOW**, this 16th day of March, 2010, for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that plaintiff's motion for reconsideration (docket no. 32) is **DENIED**.

BY THE COURT:

/s/Louis H. Pollak
Pollak, J.